CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DONALD SWEET, in individual and representative capacity as trustee of The Donald Sweet and Sara Sweet Revocable Trust; SARA SWEET, in individual and representative capacity as trustee of The Donald Sweet and Sara Sweet Revocable Trust; DAVID K.C CORPORATION, a California Corporation; and Does 1- 10,<br><br>　　　Defendants. | **Case:** 3:20-CV-07631-JSC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　Defendants Donald Sweet, in individual and representative capacity as trustee of The Donald Sweet and Sara Sweet Revocable Trust; Sara Sweet, in individual and representative capacity as trustee of The Donald Sweet and Sara Sweet Revocable Trust and David K.C Corporation, a California Corporation; have neither answered Plaintiff's Complaint, nor filed a motion

for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 19, 2021      CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)